UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Cr. No. 05-20148-B/V

GINGER SWEETEN,

    Defendant.

## ORDER ALLOWING FEDERAL DEFENDER TO WITHDRAW

Upon oral motion of the Federal Public Defender's Office to be allowed to withdraw from further representation of the defendant in this cause, due to a conflict existing within counsel's office with respect to Ms. Sweeten, and it appearing that the government has no objection, the motion is well taken and should be granted,

IT IS THEREFORE **ORDERED** that the Federal Public Defender's Office is permitted to withdraw from further representation in this matter, and the clerk is directed to select counsel from the Criminal Justice Act Panel to represent the defendant for all further proceedings.

Entered this 04th day of May, 2005.

S/ Thomas Anderson
HONORABLE S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20148 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT