IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 05-20148B |
| | ) | |
| GINGER SWEETEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AMENDING CONDITIONS OF RELEASE

The Order Setting Conditions of Release ("Order") entered April 28, 2005, is amended as follows:

Defendant shall execute a bond or an agreement to forfeit upon failing to appear as required $15,000, and shall post with the court 10% of that amount, or in the alternative, defendant shall post a bail bond with a bondsman in the amount of $15,000.

Defendant's residence and travel is restricted to the Western District of Tennessee and the Eastern District of Arkansas and all points in between for residence, travel, court appearances, legal appearances, treatment and work.

All other conditions of defendant's pretrial release contained in the Order shall remain in effect.

IT IS SO ORDERED this 11th day of May, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20148 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT