IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                          Cr. No.05-20148-B

GINGER SWEETEN

### ORDER SPECIFYING PERIOD OF
### DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant has this day asked the Court to appoint counsel to represent her in this matter. The request was granted. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay to allow continuity of counsel.

IT IS THEREFORE ORDERED that the time period of 05/04/05 through 05/11/05 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT IS RESET TO WEDNESDAY, 05/11/05 at 10:00 a.m. BEFORE MAGISTRATE JUDGE DIANE K. VESCOVO.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: May 09, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/17/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20148 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT