IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 24 PM 3:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     No. 05-20148 BV

GINGER SWEETEN,

    Defendant.

### ORDER

Upon motion of the defendant, consent of the United States and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that the report date is reset until June 23, 2005 at 2:00 p.m. and the trial date reset to July 5-15, 2005.

The period from June 17, 2005 to July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

Entered this 24th day of May, 2005.

_____
J. DANIEL BREEN
United States District Judge

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20148 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Honorable J. Breen
US DISTRICT COURT