IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 22 AM 10: 43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. 05-20148 BV

GINGER SWEETEN,

    Defendant.

## ORDER WAIVING APPEARANCE

Upon motion of the defendant, consent of the United States and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Ginger Sweeten's appearance at the June 23, 2005 report date is waived.

Entered this 22 day of June, 2005.

J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6/22/05

27

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20148 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT