FILED BY _____ D.C.

05 OCT -3 PM 3:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    CR. NO. 05-20148-B

GINGER SWEETEN,

    Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

This cause came on for a report date on September 26, 2005. At that time counsel for the defendant requested a continuance of the October 3, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to December 5, 2005 with a **report date of Monday, November 28, 2005, at 9:30 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from October 14, 2005 through December 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 3rd day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-4-05

33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20148 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT