IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              No. 05-20148 BV

GINGER SWEETEN,

    Defendant.

## ORDER AMENDING RELEASE CONDITIONS

Upon motion of the defendant, consent of the United States, consent of Pre-Trial Services, and for good cause shown, it is hereby ORDERED that the order setting release conditions (R.9) as amended (R.14) is further amended as follows:

Defendant, Ginger Sweeten, is authorized to travel from Little Rock, Arkansas to Nashville, Tennessee, staying with her mother, Patricia Major at 608 Indian Ridge Drive, Nashville, Tennessee 37221, from December 23, 2005 through and including December 26, 2005.

All other conditions of the defendant's pre-trial release contained in the order setting release conditions, as amended, shall remain in effect.

Entered this 13th day of December, 2005.

                                          J. DANIEL BREEN
                                          United States District Judge

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 12-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20148 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT